UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE HERTZ CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>NANTUCKET AUTO RENTAL, INC., and<br>ISLAND AUTO RENTAL GROUP, LLC,<br><br>Defendants. | Civil Action No. 05 10285 RWZ |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to District of Massachusetts Local Rule 7.3(A), plaintiff The Hertz Corporation states that: Ford Holdings LLC is its only parent corporation; that The Ford Motor Company is the only parent corporation of Ford Holdings LLC; and that The Ford Motor Company is the only publicly held company that owns more than 10% of Ford Holding LLC's stock.

Respectfully submitted,

THE HERTZ CORPORATION

By its attorneys,

*Stephen D. Poss (DSP)*
Stephen D. Poss, P.C. (BBO #551760)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000

Dated: February 11, 2005

LIBA/1455946.1