AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

THE HERTZ CORPORATION,

V.

NANTUCKET AUTO RENTAL, INC.
and ISLAND AUTO RENTAL GROUP, LLC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 05  10285 RWZ

TO: (NAME AND ADDRESS OF DEFENDANT)

Island Auto Rental Group, LLC
Nantucket Memorial Airport
30 Macy Lane
Nantucket Island, Massachusetts 02554

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen D. Poss, P.C.
Goodwin Procter LLP
Exchange Place
Boston, Massachusetts 02109

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

FEB 1 1 2005

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | FEBRUARY 17, 2005 |
| NAME OF SERVER *(PRINT)* | TITLE |
| RICHARD HARDY | CONSTABLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: C/O CORPORATION SERVICE COMPANY, 84 STATE STREET, BOSTON, MA, TO MR. ROBERT BRANCH, PROCESS CLERK AND DULY AUTHORIZED AGENT FOR THE DEFENDANT'S REGISTERED AGENT, CORP. SERVICE CO.

☐ Left copies thereof at the defendat's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $15. | $25. | $40. |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  FEBRUARY 17, 2005     *(signature)*
              Date                   Signature of Server

357 CAMBRIDGE STREET, CAMBRIDGE, MA 02141
              Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.