AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of MASSACHUSETTS

THE HERTZ CORPORATION,

V.

NANTUCKET AUTO RENTAL, INC.
and ISLAND AUTO RENTAL GROUP, LLC.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**05 10285 RWZ**

TO: (NAME AND ADDRESS OF DEFENDANT)

Nantucket Auto Rental, Inc.
50 Spring Bars Road
Falmouth, Massachusetts  02540

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen D. Poss, P.C.
Goodwin Procter LLP
Exchange Place
Boston, Massachusetts  02109

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

FEB 1 1 2005

CLERK                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>FEBRUARY 17, 2005 |
| NAME OF SERVER (PRINT)<br>ROBERT R. REARDON | TITLE<br>CONSTABLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 50 SPRING BARS ROAD, FALMOUTH, MA, TO MR. JOHN O'HARA, PRESIDENT AND DULY AUTHORIZED AGENT, IN HAND.

☐ Left copies thereof at the defendat's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL<br>$125. | SERVICES<br>$25. | TOTAL<br>$150. |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  FEBRUARY 17, 2005        *[signature]*
                    Date                            Signature of Server

357 CAMBRIDGE STREET, CAMBRIDGE, MA 02141
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.