IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE HERTZ CORPORATION,<br><br>             Plaintiff,<br><br>v.<br><br>NANTUCKET AUTO RENTAL,<br>INC. and ISLAND AUTO RENTAL<br>GROUP, LLC,<br><br>             Defendants. | Civil Action No. 05CV10285 RWZ |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT COSTS

The above-captioned action having been amicably adjusted between the parties and resolved, plaintiff The Hertz Corporation hereby voluntarily dismisses the action without costs, subject to the express terms and conditions of settlement between the parties.

THE HERTZ CORPORATION
By its attorneys

_/s/ Stephen D. Poss_
Stephen D. Poss, P.C. (BBO # 551760)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
Tel. (617) 570-1000

Dated: April 28, 2005

LIBA/1534141.1